IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 24 PM 5: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-20375-01-Ma |
| | ) | |
| CHERYL ROSS-PEREZ, | ) | |
| d/b/a Advanced Medical | ) | |
| Suppliers, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON GUILTY PLEA**

This cause came on to be heard on October 24, 2005, the United States Attorney for this district appearing for the Government and the defendant, Cheryl Ross-Perez, appearing in person and with retained counsel, Mr. Jacob E. Erwin.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Information. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this case is set for **Thursday, January 26, 2006 at 1:30 p.m.** The defendant was released on bond pending sentencing.

ENTERED this the 24th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20375 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Jake Erwin
,

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT